Nov. Term, 1859.

BOFANDICK
v.
SALMON.

---

BOFANDICK *v.* SALMON.

Friday,
December 9.

APPEAL from the *Vanderburgh* Court of Common Pleas.

HANNA, J.—Proceedings by plaintiff to enjoin defendant from collecting a sum claimed to be due, as evidenced by a due bill held by said defendant.

It is averred that the due bill was given for money borrowed by plaintiff of defendant; that afterwards a promissory note was executed for the same money, but the due bill was not taken up; that the note was paid.

The defendant answered, denying the payment of the due bill. Trial by the Court; finding for the defendant.

The evidence is in the record, and, it is insisted, does not sustain the finding.

We have carefully examined and considered the evi-

dence, and are of opinion a new trial should have been granted.

*Per Curiam.*—The judgment is reversed with costs. Cause remanded, &c.

*A. Iglehart* and *M. R. Anthes*, for the appellant.

*M. F. Johnson*, for the appellee.